144

**Frank M. NEFF, Plaintiff–Appellant,**

v.

**CMS; Warden; Medical Dept.,
Defendants–Appellees.**

No. 11–7513.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Frank M. Neff, Appellant Pro Se. Philip Melton Andrews, Jeremy C.B. Wyatt, Kramon & Graham, PA, Baltimore, Maryland; Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank M. Neff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Neff v. CMS*, No. 1:11–cv–00582–RDB, 2011 WL 5237758 (D.Md. filed Oct. 31, 2011, and entered Nov. 1, 2011). We deny all of Neff's pending motions for relief and we

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*